UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND, THE LOCAL 7 TILE INDUSTRY ANNUITY FUND, THE TILE LAYERS LOCAL UNION 52 PENSION FUND, TRUSTEES OF THE LOCAL 7 MARBLE INDUSTRY PENSION FUND, THE LOCAL 7 MARBLE INDUSTRY ANNUITY FUND, THE LOCAL 7 MARBLE INDUSTRY TRUST FUND, and TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND,<br><br>                                                    Plaintiffs,<br><br>-against-<br><br>JANTILE INCORPORATED,<br><br>                                                    Defendant. | 20 CV 2059 (LDH) (SJB)<br><br>**NOTICE OF DISMISSAL PURSUANT TO** <br>**FED. R. CIV. P. 41(a)(1)(i)** |

PLEASE TAKE NOTICE that, pursuant to Fed. Civ. P. Rule 41(a)(1)(i), the above-captioned action hereby be dismissed in its entirety without prejudice and without costs in favor of any party as against another.

Dated: New York, New York
          September 2, 2020          **VIRGINIA & AMBINDER, LLP**

                                        By:        /s/
                                                John M. Harras, Esq.
                                                40 Broad Street, 7th Floor
                                                New York, New York 10004
                                                Tel.: (212) 943-9080
                                                jharras@vandallp.com
                                                *Attorneys for Plaintiffs*